UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 10-38634-ERW
§
JIVKO S. BOROV §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $270,090.00 | Assets Exempt: | $21,725.00 |
| Total Distributions to Claimants: | $1,498.17 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $502.23 | | |

3) Total gross receipts of $2,000.40 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,000.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $311,360.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $502.23 | $502.23 | $502.23 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $19,569.00 | $19,850.49 | $19,850.49 | $1,498.17 |
| **Total Disbursements** | $330,929.00 | $20,352.72 | $20,352.72 | $2,000.40 |

4). This case was originally filed under chapter 7 on 08/30/2010. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2011          By:  /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Automobile - 2004 Chevrolet Silverado 1500 Work Truck - 48,000 Miles - Current/Reaffirm - Full Coverage Auto Insurance | 1129-000 | $2,000.00 |
| Interest Earned | 1270-000 | $0.40 |
| **TOTAL GROSS RECEIPTS** | | **$2,000.40** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finan | 4110-000 | $26,404.00 | NA | $0.00 | $0.00 |
| | American General Finan | 4110-000 | $6,924.00 | NA | $0.00 | $0.00 |
| | Amr Eagle Bk | 4110-000 | $2,395.00 | NA | $0.00 | $0.00 |
| | Bac Home Loans Servici | 4110-000 | $270,000.00 | NA | $0.00 | $0.00 |
| | Toyota Motor Credit | 4110-000 | $5,637.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$311,360.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $500.07 | $500.07 | $500.07 |
| David Leibowitz, Trustee | 2200-000 | NA | $2.16 | $2.16 | $2.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$502.23** | **$502.23** | **$502.23** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-900 | $1,864.00 | $1,949.31 | $1,949.31 | $147.12 |
| 2 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $4,163.00 | $4,289.15 | $4,289.15 | $323.71 |
| 3 | American Express Centurion Bank | 7100-900 | $4,451.00 | $4,528.36 | $4,528.36 | $341.77 |
| 4 | Fia Card Services, NA/Bank of America | 7100-900 | $8,662.00 | $9,083.67 | $9,083.67 | $685.57 |
|  | Hsbc Bank | 7100-000 | $429.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $19,569.00 | $19,850.49 | $19,850.49 | $1,498.17 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 10-38634-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BOROV, JIVKO S. | Date Filed (f) or Converted (c): | 08/30/2010 (f) |
| For the Period Ending: | 8/9/2011 | §341(a) Meeting Date: | 10/26/2010 |
| | | Claims Bar Date: | 01/28/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Real estate located at 900 Morton St, Hoffman Estates IL 60169 | $221,500.00 | $0.00 | DA | $0.00 | FA |
| 2  Cash on Hand | $15.00 | $15.00 | DA | $0.00 | FA |
| 3  Checking account with TCF Bank | $100.00 | $100.00 | DA | $0.00 | FA |
| 4  Savings account with TCF Bank | $150.00 | $150.00 | DA | $0.00 | FA |
| 5  Miscellaneous used household goods and furnishings | $650.00 | $650.00 | DA | $0.00 | FA |
| 6  Books, Pictures, and CD's | $70.00 | $70.00 | DA | $0.00 | FA |
| 7  Wearing Apparel | $325.00 | $0.00 | DA | $0.00 | FA |
| 8  Miscellaneous Costume Jewelry | $80.00 | $80.00 | DA | $0.00 | FA |
| 9  Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | DA | $0.00 | FA |
| 10  2009 tax refund of $1103.00 was received before filing and has been spent on ordinary and necessary living expenses. | $0.00 | $0.00 | DA | $0.00 | FA |
| 11  Automobile - 2004 Chevrolet Silverado 1500 Work Truck - 48,000 Miles - Current/Reaffirm - Full Coverage Auto Insurance | $4,325.00 | $0.00 | DA | $2,000.00 | FA |
| 12  Automobile - 2006 Toyota Corolla - 40,000 Miles - Current/Reaffirm - Full Coverage Auto Insurance | $7,075.00 | $0.00 | DA | $0.00 | FA |
| 13  Automobile - 2005 Freighliner Columbia - 700,000 Miles - Current/Reaffirm - Full Coverage Auto Insurance | $26,900.00 | $0.00 | DA | $0.00 | FA |
| 14  2005 - 53 foot Utility Dry Van - Current/Reaffirm - Current Market Value $11,900.00 needs a new ABS break system with repairs estimated at $3,000.00 | $8,900.00 | $0.00 | DA | $0.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | | $0.40 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$270,090.00     $1,065.00     $2,000.40     $0.00

**FORM 1**

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-38634-ERW | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | BOROV, JIVKO S. | | **Date Filed (f) or Converted (c):** | 08/30/2010 (f) |
| **For the Period Ending:** | 8/9/2011 | | **§341(a) Meeting Date:** | 10/26/2010 |
| | | | **Claims Bar Date:** | 01/28/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**
  Motion to Sell Truck Reviewed and Sent for Filing.
  TFR Sent to Tom for review.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/20/2011 |
| **Current Projected Date Of Final Report (TFR):** | 02/09/2012 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-38634-ERW | |
| **Case Name:** | BOROV, JIVKO S. | |
| **Primary Taxpayer ID #:** | ******7811 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/30/2010 | |
| **For Period Ending:** | 8/9/2011 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Sterling Bank | |
| **Checking Acct #:** | ******8634 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2011 | | Transfer From: #******8634 | | 9999-000 | $2,000.40 | | $2,000.40 |
| 05/12/2011 | 2001 | David Leibowitz | Trustee Expenses | 2200-000 | | $2.16 | $1,998.24 |
| 05/12/2011 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $500.07 | $1,498.17 |
| 05/12/2011 | 2003 | Chase Bank USA, N.A. | Claim #: 1; Amount Claimed: 1,949.31; Amount Allowed: 1,949.31; Distribution Dividend: 7.55; | 7100-900 | | $147.12 | $1,351.05 |
| 05/12/2011 | 2004 | PYOD LLC its successors and assigns as assignee of | Claim #: 2; Amount Claimed: 4,289.15; Amount Allowed: 4,289.15; Distribution Dividend: 7.55; | 7100-900 | | $323.71 | $1,027.34 |
| 05/12/2011 | 2005 | American Express Centurion Bank | Claim #: 3; Amount Claimed: 4,528.36; Amount Allowed: 4,528.36; Distribution Dividend: 7.55; | 7100-900 | | $341.77 | $685.57 |
| 05/12/2011 | 2006 | Fia Card Services, NA/Bank of America | Claim #: 4; Amount Claimed: 9,083.67; Amount Allowed: 9,083.67; Distribution Dividend: 7.55; | 7100-900 | | $685.57 | $0.00 |
| | | | **TOTALS:** | | $2,000.40 | $2,000.40 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2,000.40 | $0.00 | |
| | | | Subtotal | | $0.00 | $2,000.40 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $2,000.40 | |

| For the period of 8/30/2010 to 8/9/2011 | | For the entire history of the account between 05/12/2011 to 8/9/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,000.40 | Total Internal/Transfer Receipts: | $2,000.40 |
| | | | |
| Total Compensable Disbursements: | $2,000.40 | Total Compensable Disbursements: | $2,000.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.40 | Total Comp/Non Comp Disbursements: | $2,000.40 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-38634-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | BOROV, JIVKO S. | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******7811 | **Money Market Acct #:** ******8634 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 8/30/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 8/9/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2010 | (11) | Jivko Borov | Payment for purchase of the equity on the vehicle | 1129-000 | $700.00 | | $700.00 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.01 | | $700.01 |
| 12/10/2010 | (11) | Jivko S. Borov | payment for equity on vehicle | 1129-000 | $700.00 | | $1,400.01 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.05 | | $1,400.06 |
| 01/17/2011 | (11) | Jivko Borov | Payment | 1129-000 | $600.00 | | $2,000.06 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.07 | | $2,000.13 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.08 | | $2,000.21 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.08 | | $2,000.29 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.08 | | $2,000.37 |
| 05/12/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 5/12/2011 | 1270-000 | $0.03 | | $2,000.40 |
| 05/12/2011 | | Transfer To: #******8634 | | 9999-000 | | $2,000.40 | $0.00 |
| | | | **TOTALS:** | | $2,000.40 | $2,000.40 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,000.40 | |
| | | | **Subtotal** | | $2,000.40 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,000.40 | $0.00 | |

| For the period of 8/30/2010 to 8/9/2011 | | For the entire history of the account between 11/16/2010 to 8/9/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,000.40 | Total Compensable Receipts: | $2,000.40 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.40 | Total Comp/Non Comp Receipts: | $2,000.40 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,000.40 | Total Internal/Transfer Disbursements: | $2,000.40 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-38634-ERW | |
| **Case Name:** | BOROV, JIVKO S. | |
| **Primary Taxpayer ID #:** | ******7811 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/30/2010 | |
| **For Period Ending:** | 8/9/2011 | |
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******8634 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,000.40 | $2,000.40 | $0.00 |

| **For the period of 8/30/2010 to 8/9/2011** | | **For the entire history of the case between 08/30/2010 to 8/9/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,000.40 | Total Compensable Receipts: | $2,000.40 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.40 | Total Comp/Non Comp Receipts: | $2,000.40 |
| Total Internal/Transfer Receipts: | $2,000.40 | Total Internal/Transfer Receipts: | $2,000.40 |
| Total Compensable Disbursements: | $2,000.40 | Total Compensable Disbursements: | $2,000.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.40 | Total Comp/Non Comp Disbursements: | $2,000.40 |
| Total Internal/Transfer Disbursements: | $2,000.40 | Total Internal/Transfer Disbursements: | $2,000.40 |